Canton-Potsdam Hosp. v S.A.F.E., LLC (2024 NY Slip Op 02469)

Canton-Potsdam Hosp. v S.A.F.E., LLC

2024 NY Slip Op 02469

Decided on May 3, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 3, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., SMITH, CURRAN, AND BANNISTER, JJ.

715.1/22 CA 21-01060

[*1]CANTON-POTSDAM HOSPITAL, ET AL., PLAINTIFFS-APPELLANTS,
v
S.A.F.E., LLC, ET AL., DEFENDANTS-RESPONDENTS.
CANTON-POTSDAM HOSPITAL, ET AL., THIRD-PARTY PLAINTIFFS-RESPONDENTS,
v
GINA EMERSON AND ED ALBERTS, THIRD-PARTY DEFENDANTS-APPELLANTS. 

BARCLAY DAMON LLP, ALBANY (DAVID M. COST OF COUNSEL), FOR PLAINTIFFS-APPELLANTS AND THIRD-PARTY PLAINTIFFS-RESPONDENTS.
EPSTEIN BECKER & GREEN, P.C., NEW YORK CITY (JOHN HOUSTON POPE OF COUNSEL), MILBER MAKRIS PLOUSADIS & SEIDEN, LLP, PURCHASE (THOMAS H. KUKOWSKI OF COUNSEL), AND MELVIN & MELVIN, PLLC, SYRACUSE (ROGER W. BRADLEY OF COUNSEL), FOR DEFENDANTS-RESPONDENTS AND THIRD-PARTY DEFENDANTS-APPELLANTS. 

 Appeals from an order of the Supreme Court, Onondaga County (Anthony J. Paris, J.), entered December 24, 2020. The order, inter alia, denied the motion of plaintiffs seeking, among other things, to vacate in part an order entered September 23, 2019. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on January 2, 2024,
It is hereby ORDERED that said appeals are unanimously dismissed without costs upon stipulation.
Entered: May 3, 2024
Ann Dillon Flynn
Clerk of the Court